UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Douglas Murphy,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Allied Interstate, Inc.,<br><br>　　　　　　　Defendant. | :<br>:<br>:  Civil Action No.:  3:09-cv-1158-CPD<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

　　　Plaintiff, Douglas Murphy, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: October 12, 2009

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　By:  /s/ Sergei Lemberg _____
　　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg (Juris No. 425027)
　　　　　　　　　　　　　　　　　　　　　　Lemberg & Associates, L.L.C.
　　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (877) 795-3666